# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KERI A. TORKEL  
9583 RAINSFORD DRIVE  
HUNTLEY, IL 60142

SSN-xxx-xx-5632

Case Number: 07-71376

Case filed on: 6/5/2007  
Plan Confirmed on: 11/19/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,980.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 033 | ATTORNEY JAMES M PHILBRICK | 500.00 | 500.00 | 0.00 | 0.00 |
|  | Total Administration | 500.00 | 500.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 3,774.00 | 3,774.00 | 0.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 0.00 | 0.00 |
| 011 | COMPUTER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CORPORATE RECEIVABLE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DIVERSIFIED CONSULTANTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NCB MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WFNNB RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WFNNB RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KERI A. TORKEL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST FRANKLIN % HLS INC | 7,560.50 | 0.00 | 0.00 | 0.00 |
| 003 | FIRST FRANKLIN % HLS INC | 1,842.76 | 0.00 | 0.00 | 0.00 |
| 004 | FOSTER PREMIER | 1,613.39 | 1,613.39 | 46.27 | 0.00 |
| 005 | GMAC | 20,590.51 | 20,590.51 | 971.30 | 834.37 |
|  | Total Secured | 31,607.16 | 22,203.90 | 1,017.57 | 834.37 |
| 001 | JP MORGAN CHASE BANK | 8,436.74 | 8,436.74 | 0.00 | 0.00 |
| 004 | FOSTER PREMIER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 2,308.19 | 2,308.19 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 2,164.22 | 2,164.22 | 0.00 | 0.00 |
| 009 | CASH CALL / QUICK CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DARVIN FURNITURE & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 3,355.38 | 3,355.38 | 0.00 | 0.00 |
| 016 | ELMHURST MEMORIAL HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,159.07 | 2,159.07 | 0.00 | 0.00 |
| 018 | H & R ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HFC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 3,066.64 | 3,066.64 | 0.00 | 0.00 |
| 022 | OAK BROOK TERRACE FIRE PROTECTION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | B-REAL LLC | 2,057.71 | 2,057.71 | 0.00 | 0.00 |
| 024 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 256.06 | 256.06 | 0.00 | 0.00 |
| 026 | TARGET NATIONAL BANK | 763.36 | 763.36 | 0.00 | 0.00 |
| 027 | WORLD FINANCIAL NETWORK NATIONAL BANK | 540.66 | 540.66 | 0.00 | 0.00 |
| 028 | VILLAGE OF HUNTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | VON MAUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WELLS FARGO FINANCIAL | 1,030.28 | 1,030.28 | 0.00 | 0.00 |
|  | Total Unsecured | 26,138.31 | 26,138.31 | 0.00 | 0.00 |
|  | Grand Total: | 62,019.47 | 52,616.21 | 1,017.57 | 834.37 |

Total Paid Claimant: $1,851.94  
Trustee Allowance: $128.06  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                    By  /s/Heather M. Fagan